Petty Offense ( )
Misdemeanor ( )
Felony (x)
Juvenile ( )

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
___NORTHEASTERN___ DIVISION

County of Offense: __Macon and Robertson__

AUSA's NAME: __S. Carran Daughtrey__

__LOUIS G. CASTILLO__
Defendant's Name

__Macon County Jail__
Defendant's Address

Interpreter Needed? ____Yes __x__ No

If Yes, what language? _____

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2422(b) | Inducing a Minor to Engage in Illegal Sexual Activity | life | $250,000 |
| 2 | 18 U.S.C. § 2423(b) | Travels to Engage in Sex with a Minor | 30 years* | $250,000 |

\* If second offense, maximum imprisonment is 60 years.

Is the defendant currently in custody? ( x ) Yes ( ) No   If Yes, State or Federal? State

Has a complaint been filed? ( ) Yes ( x ) No
   If Yes: Name of Magistrate Judge _____  Case No.: _____
   Was the defendant arrested on the complaint? ( ) Yes ( ) No

Has a search warrant been issued? ( ) Yes ( x ) No
   If Yes: Name of Magistrate Judge _____  Case No.: _____

Was bond set by Magistrate/District Judge: ( ) Yes ( x ) No   Amount of bond: _____

Is this a Rule 20? ( ) Yes ( x ) No   To/from what district? _____
Is this a Rule 40? ( ) Yes ( x ) No   To/from what district? _____

Is this case related to a pending or previously filed case? ( ) Yes ( x ) No

   What is the related case number: _____

   Who is the Magistrate Judge: _____   District Judge: _____

Estimated trial time: __2 to 3 days__

The Clerk will issue a **Warrant**

Bond Recommendation: __None (detention)__

(Revised January 2008)