# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:09-00016 Judge Haynes |
| Louis G. Castillo | ) | |
| Macon County Jail | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Louis G. Castillo                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18:2422(b) Inducing a minor to engage in illegal sexual activity (Count 1)
18:2423(b) Traveling in interstate commerce for the purpose of engaging in illicit sexual conduct with a minor (Count 2)

Date:   10/28/2009                                         *Ann J. Schwarz*
                                                           *Issuing officer's signature*

City and state:     Nashville, Tennessee                  Ann E. Schwarz, Criminal Docketing Supervisor
                                                           *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  10/29/09  , and the person was arrested on *(date)*  11/10/09 at *(city and state)*  US CH Nashville, TN . |
| Date:  11/12/09                                         *RL R___k* <br> *Arresting officer's signature* <br><br> *Robin Romaniuk          DUSM* <br> *Printed name and title* |