MAGISTRATE JUDGE CRIMINAL MINUTES

UNITED STATES OF AMERICA v. __LOUIS GABRIEL CASTILLO__
CRIMINAL CASE NO. __2:09-00016__ TAPE NO. __2009-56__
INTERPRETER REQUIRED: __NO__ LANGUAGE: _____
GOVERNMENT ATTORNEY: __SANDRA MOSES__
DEFENDANT'S ATTORNEY: __Ron Small__
PRETRIAL SERVICES OFFICER: __DONNA JACKSON__

INITIAL HEARING HELD __11/12/09__ Defendant (Arrested)/Summons: __11/12/09__
Defendant has a copy of and was advised of contents of:
____ Complaint    __X__ Indictment    ____ Other
____ Information  ____ Supervised/Pretrial Release Petition

Defendant advised of constitutional rights                NO  (YES)
Defendant advised of right to preliminary hearing         NO  (YES)
Financial Affidavit filed                                  NO  (YES)
Federal Public Defender Appointed                         NO  (YES)
Government filed Motion for Detention                     NO  (YES)
Defendant temporarily detained                            NO  (YES)
Defendant is in State Custody                            (NO) YES
Defendant released on _____ Bond/Conditions of Release

PRELIMINARY/IDENTITY HEARING HELD: _____ WAIVED: _____
Defendant: ____ Bound Over               ____ Discharged
           ____ Held to Answer in District of Prosecution
           ____ Held for Revocation Hearing

DETENTION HEARING HELD: _____ WAIVED: _____
Bond set at: _____ Released on: _____
Defendant detained until trial, order to enter: _____
GRAND JURY WAIVED IN OPEN COURT: _____
(ARRAIGNMENT) HELD: __11/12/09__ WAIVED: _____
Defendant acknowledges (he)/she has a copy of (Indictment)/Information: ✓
Waives reading thereof: ✓     PLEA: ~~GUILTY~~ (NOT GUILTY)
Intends to plead guilty and referred to District Judge: _____
Defendant consented to trial before Magistrate Judge: _____
Defendant did not appear, bench warrant issued: _____

Date defendant appeared with counsel other than one of the above
    Name of counsel: _____ Type of hearing: _____

before Judge Bryant
PRELIMINARY/DETENTION/ARRAIGNMENT HEARING CONTINUED TO: __11/19/09 @ 10:00 AM__

PROCEEDINGS CONDUCTED BEFORE MAGISTRATE JUDGE: BROWN  BRYANT  GRIFFIN  (KNOWLES)
TIME: __2:06 - 2:13__