CLERK'S RESUME OF PROCEEDINGS
CRIMINAL NON-JURY PROCEEDING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DATE: May 10, 2010 |
| Plaintiff, ) | |
| v. ) | NO. 2:09-00016 |
| ) | JUDGE HAYNES |
| LOUIS GABRIEL CASTILLO, ) | |
| Defendant. ) | |

COURT REPORTER: Peggy Turner

NATURE OF PROCEEDING: Plea Hearing

UNITED STATES ATTORNEY: Sandra Moses

DEFENDANT'S ATTORNEY:

FINANCIAL AFFIDAVIT EXECUTED:

COURT APPOINTED FEDERAL PUBLIC DEFENDER: Ronald Small

INDICTMENT/INFORMATION FILED:

WAIVER OF INDICTMENT EXECUTED:

COUNTS DISMISSED UPON MOTION OF U.S. ATTORNEY:

PETITION TO ENTER PLEA OF GUILTY:

TRIAL/SENTENCING SET FOR:

HEARING ON MOTION TO SUPPRESS:

HEARING ON PROBATION VIOLATION:

COMMENTS: Plea accepted. Sentencing hearing set for Friday, August 6, 2010 at 10:30 a.m.

Time Utilized: Twenty (20) minutes

CLERK, U.S. DISTRICT COURT
Brad Bakker