UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.2:09-cr-00016 |
| | ) | JUDGE HAYNES |
| LOUIS G. CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF THE UNITED STATES FOR**
**ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Debra Phillips, Assistant United States Attorney, and respectfully submits this Motion for Issuance of the Preliminary Order of Forfeiture. In support thereof, the United States sets forth the following:

1. On October 28, 2009, a federal grand jury sitting in the Middle District of Tennessee returned a Two Count Indictment against the defendant, Louis G. Castillo. Count One charged that from in or about the Summer of 2006 through on or about December 30, 2006, in the Middle District of Tennessee and elsewhere, the defendant, did use any facility and means of interstate commerce, to wit, a computer, an Internet-access device, and a cellular telephone, to knowingly persuade, induce, and entice, and knowingly attempt to persuade, induce, and entice a female under the age of 16 years, to engage in a sexual activity for which any person can be charged with a criminal offense, to wit, sexual abuse of a minor, in violation of 18 U.S.C. § 2243(a), if the sexual act had occurred in the special maritime and territorial jurdiction of the United States; and statutory rape, in violation of Tenn. Code Ann. § 39-13-506, and in violation of 18 U.S.C. § 2422(b). Count Two charged that from on or about December 31, 2006, in the Middle District of Tennessee and elsewhere, the