UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-00016 |
| v. ) | |
| ) | JUDGE HAYNES |
| LOUIS G. CASTILLO ) | |
| ) | |

## Government's Position with Respect to Sentencing Factors

The United States has no objection to the facts or Sentencing Guidelines calculations in the pre-sentence report for this case and requests that the Court impose a sentence within the applicable guidelines.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: *s/Sandra G. Moses*
SANDRA G. MOSES
Assistant U.S. Attorney

## Certificate of Service

I certify that on this 30th day of July, 2010, a copy of the foregoing Government's Position with respect to Sentencing Factors was served, via the court's electronic case-filing system, upon the following:

Ronald C. Small, Esq.
Office of Public Defender
810 Broadway, Suite 200
Nashville, TN 37203

*s/Sandra G. Moses*
Sandra G. Moses
Assistant United States Attorney